U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 7 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Case 4:22-cv-00795-P   Document 1   Filed 09/07/22   Page 1 of 13   PageID 5

not a letter    4-22CV-795-P

HELLO,                                                    MONDAY — FEB. 08, 2021

MY NAME IS BRANDI P. MOSLEY #0867421, I AM CURRENTLY INCARCERATED IN THE TARRANT CO. JAIL OF FORT WORTH, TEXAS. I AM WRITING THIS LETTER OF CORRESPONDENCE IN REGUARD OF THE "CORRUPTED JUDICIAL SYSTEM" THAT TARRANT CO. JAIL HAS. I HAVE BEEN INCARCERATED SINCE MAY 3RD, 2020. I'VE YET TO HAVE A COURT DATE, OR TO HAVE THESE CHARGES ADJUDICATED, NAMELY: THEFT OF PROP:, FAIL TO I.D., AND SIMPLE POSS OF CONT. SUBST.: WHICH TWO OF THESE CHARGES ARE MISDEMEANORS, AND THE OTHER CAN BE LOWERED TO A STATE JAIL OFFENSE AND GIVEN CREDIT FOR TIME SERVED FOR, AS I HAVE WITNESSED NUMEROUS OF WHITE MALES RECIEVE, A LOWER CHARGE RESULTING IN CREDIT FOR TIME SERVED AND RELEASED, HAVING THE SAME CHARGE I AM CHARGED WITH, WHILE THEY ARE CURRENTLY ON PAROLE AND/OR PROBATION, THIS IS VERY DISTURBING!! BUT WAIT, THERE'S MORE, PLEASE HEAR ME OUT, BECAUSE THE "RACIAL INJUSTICE" THAT TARRANT COUNTY JAIL IS BLUNTLY DISPLAYING IS FAR OVERDUE TO BE EXPOSED.

MY INITIAL ATTORNEY, "COURT APPOINTED"… "MR. HAROLD JOHNSON", NEVER COMMUNICATED WITH ME, YET HE SIGNED OFF ON PAPERWORK TO THE COURTS AS IF HE HAD BEEN TO VISIT ME ON NUMEROUS OCCASIONS, SO THAT HE COULD RECIEVE PAYMENTS FOR THINGS THAT NEVER TOOK PLACE. THIS BEHAVIOR WENT ON FOR ABOUT 4 to 5 MONTHS UNTIL I ACTUALLY CAUGHT ON TO WHAT WAS BEING DONE TO ME. I HAD MY FAMILY CONTACT HIM, HE AND HIS SECRETARY "MICHELLE" BOTH GAVE MY FAMILY "THE RUN AROUNDS."… AS WELL AS BEING RUDE TO THEM AT TIMES. THEREFORE MR. HAROLD JOHNSON HAS COMMITTED "TREASON" BY LYING UNDER OATH, AND NOT FOLLOWING THROUGH ON HIS COMMITMENTS WHEN FIRST TAKING OATH AS AN U.S. ATTORNEY. I DO WANT TO PERSUE A LAWSUIT OF SOME SORT ON THIS MATTER, I NEED THIS AGENCIES ASSISTANCE PLEASE. I WAS FORCED TO FILE A MOTION OF MY OWN TO DISMISS OF HIS COUNSEL, THE TARRANT CO. DISTRICT CLERK "MR. TOM WILDER" SHOULD HAVE RECORD OF EXACT TIME AND DATE WHEN THIS MOTION WAS FILED. ABOUT 2 MONTHS AFTER FILING THIS MOTION I WAS CALLED TO THE COURTS BY MY PRESIDING "HONORABLE JUDGE GALLAGHER"… JUDGE GALLAGHER DID ASSIGN ME ANOTHER ATTORNEY PERSONALLY, WHICH IS MY CURRENT COURT APPOINTED ATTORNEY, MR. WILLIAM H. BILL RAY # 817-698-9090, WHICH

JUDGE GALLAGHER STATED TO ME THAT MR. RAY IS A LONG TIME FRIEND OF HIS, IN WHICH IM STILL IN QUESTION IF THAT IS LEGAL TO DO??? IN ANY CASE, I FEEL AS IF MR. RAY HAS NOT REALLY REPRESENTED ME TO HIS FULLEST POTENTIAL, BEING THAT HE HAS BEEN WORKING IN THE FIELD OF LAW 30 plus YEARS, AND GIVEN THE OFFERS HE HAS CAME TO ME WITH, ALTHOUGH HE HAS CORRESPONDED WITH MY FAMILY AND I IN A MORE PROFESSIONAL MANNER, THERE ARE STILL AREAS OF CONCERN IN WHICH I FEEL AS THOUGH HE IS BEING VERY SECRETIVE, AND MAY BE WORKING WITH THE PROSECUTOR RATHER THAN IN MY BEST INTREST... FURTHERMORE, ANOTHER VERY SERIOUS AREA OF CONCERN...

THE PAROLE BOARD IN TARRANT COUNTY TEXAS WHICH IS ALSO CORRUPTED, ALSO NEEDS TO BE EXPOSED!! I WILL EXPLAIN MY CONCERNS AND WHY I ALSO FEEL AS IF THE TARRANT COUNTY JAIL AND THE TARRANT COUNTY PAROLE IS IN PARTNERSHIP IN KEEPING PAROLEES AND INMATES ON PAROLE INCARCERATED, WITH A SYSTEM OF INDIRECTLY DOUBLE JEOPORDIZING THE FREEDOM OR POTENTIAL FREEDOM OF INMATES WITH THE PROCESS OF PLACING HOLDS ON INMATES SO THESE INMATES INCLUDING MYSELF WILL NOT BE ALLOWED TO POST BOND IN ORDER TO FAIRLY FIGHT CHARGES AGAINST THEM FROM OUTSIDE OF THE JAIL, IN ORDER TO CONTINUE TO BE ALLOWED TO PROVIDE FOR THEIR CHILDREN AND MAINTAIN EMPLOYMENT, WHICH IN MY CIRCUMSTANCE I AM SELF EMPLOYED AS A LICENSED BARBER, I HAVE BEEN INCARCERATED FOR NEARLY 10 months, AND COMPLETED 15 yrs. OF A FULL 15 yr. SENT. AND UNABLE TO POST BOND BECAUSE IM BEING HELD BY TARRANT CO. PAROLE WITH NO BOND, WHEN I'VE COMPLETED MY FULL SENTENCE. THEREFORE PAROLE IS VIOLATING MY CONSTITUTIONAL RIGHTS, NAMELY MY IV AMENDMENT VIII, AND XIV AMENDMENTS ALSO "THE PRIVELEGES AND IMMUNITIES CLAUSE" DISPLAYED IN ARTICLE IV OF THE CONSTITUTION OF THE U.S. HOWEVER, HERE IN THIS TARRANT CO. JAIL AND PAROLE SYSTEM, AND JUDICIAL SYSTEM, I MAY BE ONE OF ONLY A FEW PERSONS TO ADDRESS THIS CORRUPTION BY EXPOSING THIS RACIST JUDICIAL AND PAROLE SYSTEM THAT THIS COUNTY HAS ADOPTED FOR SEVERAL YEARS TO MY KNOWLEDGE, AND THIS CANNOT BE OVERLOOKED ANY LONGER!!! THIS IS ONLY THE TIP OF THE

ICEBERG, WHEN IT COMES TO THIS COUNTY, AND THE WAY BLACK INMATES ARE BEING DISCRIMINATED AGAINST OPPOSE TO HOW THEY TREAT "THEIR WHITE PRIVELEGED" INMATES, IN THE COURTS AS FOR SENTENCING DIFFERENCES FOR THE SAME EXACT OR SIMILAR CHARGES. AND FOR THE RECORD: THIS TARRANT COUNTY JAIL JUST RECENTLY TOOK DOWN A "CONFEDERATE MONUMENT STATUE" FROM IN FRONT OF THEIR COURT HOUSE CONFIRMING THE BLUNT EXPOSURE OF HOW THIS COUNTY'S JUDICIAL SYSTEM FEELS WHEN IT COMES TO RACIAL INJUSTICE. WITHIN THE NEARLY 10 MONTHS I'VE BEEN INCARCERATED IN THIS TARRANT COUNTY JAIL I'VE ONLY WITNESSED A VERY, VERY, SMALL NUMBER OF BLACKS BEING RELEASED OPPOSE TO A VERY DISTURBING LARGE NUMBER OF WHITE MALES BEING RELEASED!!! PLEASE INVESTIGATE THE RECORDS!!!! ALSO ANOTHER VERY DISTURBING CONCERN OF MINE IS THAT ALL OF THE HISPANIC OR MEXICAN INMATES ARE BEING LABELED AS "WHITE" ON THEIR COUNTY JAIL OF TARRANT, STATE OF TEXAS IDENTIFICATION CARDS. AND I KNOW THAT IS SOME FORM OF DEFAMATION OF CHARACTER OFFENSE THAT CAN BE PERSUED IN THE COURT OF LAW... AND I AM WILLING TO TESTIFY IN COURT AGAINST THIS TARRANT COUNTY JAIL AS WELL AS THE TARRANT COUNTY PAROLE ALSO.

    THIS IS VERY DISTURBING FOR ANY BLACK PERSON TO WITNESS, ESPECIALLY WITH ALL THAT IS TRANSPIRING, WITH RACIAL INEQUITY, AND RACIAL INJUSTICE, I AM ASKING FOR THE HELP OF YOUR AGENCY, THAT UPHOLDS CIVIL RIGHTS AND RACIAL EQUALITY TO INVESTIGATE MY CLAIMS, AND I WOULD ALSO LIKE TO SEEK LEGAL ASSISTANCE IN FILING CIVIL LAWSUITS FOR VIOLATIONS OF LAW FROM THE TARRANT CO. JAIL AS WELL AS THE TARRANT CO. PAROLE BOARD. I AM WILLING TO HELP IN ANY WAY POSSIBLE TO EXPOSE AND HELP IMPOSE NEW WAYS TO FORM FAIR AND EQUAL RIGHTS FOR BLACKS IN TARRANT COUNTY'S JUDICIAL AND PAROLE AND PROBATION SYSTEMS. IT'S HEARTBREAKING TO SEE THE WHITE PRIVILEGED TEXAS WOMAN WHO BRAGGED ABOUT HER PARTICIPATION IN THE STORMING OF THE CAPITOL IN WASHINGTON D.C., "ON SOCIAL MEDIA"... ONLY TO BE REWARDED

AND GIVEN BOND TO BE MADE, AND GRANTED BY A TEXAS JUDGE, VACATION TRAVEL TO MEXICO WHILE OUT ON BOND FOR THE INSURRECTION!!!! YET THERES BLACK MEN AND WOMEN THAT ARE DENIED BOND ON SMALLER NON-VIOLENT CHARGES!! ANYONE WHO CANT SEE THERE IS SOMETHING VERY WRONG WITH THAT IS INSANE!! AND TARRANT CO. PAROLE IS IN MY SITUATION HOLDING ME ON CHARGES THAT I HAVE NOT BEEN CONVICTED FOR, AND NOT JUST TARRANT COUNTY IS DOING THIS TEXAS PAROLE AS A WHOLE IS DOING THIS TO INMATES ON PAROLE!!

  IN CONCLUSION, I AM ASKIN WHOLE HEARTEDLY FOR YOUR ASSISTANCE ON THIS MATTER PLEASE, AND WOULD LIKE TO PERSUE ANY LEGAL FORMS OF LAW PERMISSIBLE FOR ALL VIOLATIONS BY ANY OF THE AGENCIES NAMED ABOVE....

            RESPECTFULLY SUBMITTED,

            *Brandt K. M[signature]*

1st Letter - 2021

*2nd Letter*

Wednesday, May 25th, 2022

To whom this may concern:

I Brandi R. Mosley #0867421 am currently incarcerated in Tarrant County Jail. I'm writing this letter of correspondence in regard of my court appointed attorney "Mr. Bill Ray" and I not seeing eye to eye, as well as the Honorable Judge Gallagher, and his prosecutors over my cases. Resulting in a total breakdown in communications. "Mr. Bill Ray" is very rude to me and my family and is only doing his "bare minumum" as for my cases, as though he and the district attorney has already secretly made an agreement on my situation and it is very frustrating if you ask.

My pending charges have been lingering, and dating back as far as the year of 2020, and has not been resolved to date, most of them are misdemeanors, and low level drug charges enhanced by the prosecutor due to my prior's, which I don't agree with that either. I have served and completed my time for my prior convictions, why bring them up again? However, in Tarrant County, this is the second time I'm having to dismiss of counsel with an attorney because of breakdown in communication or other matters of rudeness to me and my family that makes us feel uncomfortable

Page 1 of 7

WITH HIS, "MR. WILLIAM 'BILL' RAY'S, STATE BAR. NO. #16608700, ASSISTANCE. THE FIRST ATTORNEY THAT WAS APPOINTED TO ME BEFORE MR. RAY FOR THE SAME CHARGES PENDING, WAS "HAROLD JOHNSON", AND HE WAS ALSO RUDE TO ME AND MY MOTHER AND SISTER, AND LATER ON IT WAS IN FACT THAT HE WAS BEING PAID BY THE HONORABLE JUDGE GALLAGHER IN THE 396TH COURTROOM FOR JOB DUTIES THAT WERE NOT BEING MET, AND I DO HAVE COPIES OF THIS DOCUMENTATION IF NEEDED, AND MY ATTORNEY, MR. WILLIAM "BILL" RAY, STATE BAR. NO. #16608700, HAS COPIES OR ACCESS TO THESE DOCUMENTS AS WELL. THE DOCUMENTS I'M SPEAKING ABOUT WERE REVEALED AFTER THE REMOVAL OF "MR. HAROLD JOHNSON". THE HONORABLE JUDGE GALLAGHER CALLED ME DOWN PERSONALLY TO HIS COURTROOM 396TH, I WAS ESCORTED BY THE BALIFF MR. KING. THE HONORABLE JUDGE GALLAGHER ASKED ME A FEW QUESTIONS ABOUT MR. HAROLD JOHNSON'S CONDUCT, AND I ANSWERED, AND IN FACT I HAD NEVER SEEN OR MET MR. HAROLD JOHNSON IN PERSON, LET ALONE RECIEVE A LETTER OF CORRESPONDENCE FROM THIS ATTORNEY, BUT HE WAS BEING PAID FOR SUCH DUTIES BY JUDGE GALLAGHER, SO WHEN MY FAMILY AND I REALIZED THAT IT WAS A TOTAL BREAKDOWN IN THE COMMUNICATIONS WITH "MR. HAROLD JOHNSON" I ASKED FOR A DISMISSAL OF COUNSEL, AS I AM DOING SO NOW WITH MR. BILL RAY. NOW, I AM AFRAID THAT I HAVE OPENED UP A CAN OF WORMS THAT HAS BEEN

HAUNTING ME EVER SINCE THEN, BECAUSE ALTHOUGH THE HONORABLE JUDGE GALLAGHER IS TECHNICALLY BEING JUSTIFIED "BY LAW" FOR RAISING MY BONDS EVERY TIME I HAD BEEN RE-ARRESTED ON CHARGES, CLEARLY IT DOSENT TAKE A ROCKET SCIENTIST TO SEE WHAT IS GOING ON AFTER BEING THOUROUGLY INVESTIGATED WHICH HAS NOT BEEN DONE YET BY MY ATTORNEY OR ANYONE FOR THAT MATTER.

I AM BEING TARGETED BY EULESS POLICE AND GIVEN FRIVILOUS CHARGES BECAUSE I WOULD NOT GIVE UP INFORMATION THAT THE EULESS POLICE DETECTIVES, NAMELY DET. MITCHELL AND DET. TAYLOR WANTED OR NEEDED AT THE TIME, WHICH ALMOST EVERY RECENT CHARGE I'VE BONDED OUT ON HAS BEEN NO BILLED OR THROWN OUT, BUT THE HONORABLE JUDGE GALLAGHER CONTINUOSLY OVERLOOKS THAT FACT AND HAS NOW RAISED MY BONDS ON MINOR DRUG OFFENSES EXCESSIVELY HIGH, EXCEEDING THE BOND AMOUNTS OF SOME MURDERERS IN HIS COURTROOM, THIS CONDUCT IS VERY ALARMING!! IN ADDITION, MY ATTORNEY "MR. BILL RAY," STATE BAR. NO. #16608700, IS AGGRESSIVELY RUDE AND NONCHALANTLY SPEAKING WITH ME ABOUT MY CHARGES AS IF HE IS THE PROSECUTOR HIMSELF. I'VE REQUESTED MY VIEWING OF MY DISCOVERY PACKAGE AND TO NO AVAIL, AND MY MOTHER MS. SOPHIA MCGOWAN, WHICH IS THE ONLY PERSON I GAVE PERMISSION TO CONSULT WITH ON

MY BEHALF, WAS DENIED ACCESS BY MR. BILL RAY, STATE BAR. NO. # 16608700 TO HAVE COPIES OR VIEW MY DISCOVERY PACKETS ALSO, AS IF HE AND THE PROSECUTOR ASSIGNED TO MY CASE HAVE SOMETHING TO HIDE.

However, THIS IS MERELY THE TIP OF THE ICEBERG, SO TO SPEAK. I'VE TRIED MY HARDEST TO EXPLAIN TO MY ATTORNEY THAT ONE OF MY CHARGES I AM ACCUSED OF NAMELY, CASE # 1692529, MAN/DEL CS PG 1 ≥ 4G < 200G IS A FRIVILOUS CHARGE THAT HAS NOT BEEN LOOKED INTO, BECAUSE IF HE KNEW OR CARED ABOUT THE FACTS BEHIND THIS CHARGE, THIS CHARGE WOULD HAVE BEEN THROWN OUT OR NO BILLED AS WELL, BUT HE DOES NOT EVEN TRY TO TAKE THE TIME TO LISTEN TO ME, AND DOSE'NT EVEN KNOW THE FACTS, BUT ONLY SIDES WITH THE PROSECUTOR ON THIS CHARGE, AND IS ALWAYS RUDE AND TALKS WITH AGGRESSION AND ATTITUDE WHENEVER ME OR MY FAMILY MENTIONS THIS CASE AND ITS FACTS.

CASE # 1692529, MAN/DEL. WAS ISSUED OUT OF EULESS, TEXAS TARRANT COUNTY. I WAS ARRESTED ON DRUG PARAPHENELIA CHARGE AND WRITTEN A CITATION ON THE SAME DATE OF THIS SUPPOSEDLY OFFENSE OF MAN/DEL. CASE # 1692529, I WAS TAKEN TO EULESS CITY JAIL AND RELEASED 30 MINUTES LATER ONLY WITH THAT TICKET OF DRUG PARAPHENELIA, NEVER WAS I

TAKEN OR TRANSFERRED TO TARRANT COUNTY JAIL, I WAS RELEASED FROM EULESS CITY JAIL THAT NIGHT WITH NO CHARGE OF MANUFACTURING AND DELIVERY.

HOWEVER, MONTHS LATER I WAS QUESTIONED BY EULESS POLICE AT A NEARBY MOTEL 6, ON AN UNRELATED ISSUE, AND WHEN MY NAME WAS RAN BY OFFICERS IT WAS CONFIRMED THAT I HAD A WARRANT FOR MY ARREST, THAT I HAD NO KNOWLEDGE OF FOR THIS VERY CHARGE OF MANUFACTURING AND DELIVERY CASE # 1692529. I WAS THEN TAKEN INTO CUSTODY BY EULESS POLICE FOR A WARRANT ON THIS CHARGE AND TRASFERRED TO TARRANT COUNTY JAIL ON A WARRANT THAT I WAS NEVER INITIALLY CHARGED ON OR ARRESTED FOR, I WAS ARRESTED ON A WARRANT, NOT BECAUSE THEY FOUND ANY DRUGS ON ME AT THE TIME I WAS ARRESTED AT THE MOTEL 6 ON INDUSTRIAL AND 183. HOW IS THIS LEGAL OR EVEN POSSIBLE?

SOMEHOW, EULESS POLICE ARE COVERING UP THE FACT THAT I WAS NEVER INITIALLY TRANSFERRED TO COUNTY ON OR FOR THIS CHARGE OF MAN/DEL CASE # 1692529. AND "MR. BILL RAY" STATE BAR. NO. # 16608700 IS AND HAS CONSTANTLY OVERLOOKED THIS FACT AS MY ATTORNEY, AND JUSTIFIES THAT THIS CHARGE IS RIGHT, NOT LISTENING TO FACTS FROM ME, HIS CLIENT

page - 5 of 7

AND FOR THAT REASON AND MANY OTHERS I NO LONGER WANT, MR. BILL RAY STATE BAR. NO.# 16608700 REPRESENTING ME ON ANY OF MY CHARGES.

I AM AFRAID THAT HE IS NOT ON MY SIDE OR FOR MY BEST INTEREST. BECAUSE IF JUSTICE IS TRULY SERVED, THIS CHARGE SHOULD'VE BEEN THROWN OUT, NO BILLED, OR DISMISSED LONG AGO, HOWEVER WITH THE SCARE OF CIVIL ACTIONS INEVITABLE IF NOT OVERLOOKED AND PRESSURED BY THE JUDICIAL SYSTEM AND PROSECUTORS, WITH JOB TITLES AT STAKE, BRIBERY, EXTORTION, AND CORRUPTION ARE BEING DISPLAYED. ALONG WITH ALL OF THE PENDING MISDEMEANORS ON ME THAT ARE LINGERING FOR OVER 1 AND 2 YEARS AGO, JUSTICE IS CLEARLY NOT BEING SERVED IN THIS COUNTY OF TARRANT TEXAS, IN A VARIETY OF WAYS AND IT IS NOT RIGHT. I FEEL AS IF CIVIL LITIGATION MUST BE MET. CAN I PLEASE HAVE ASSISTANCE WITH THIS MATTER, CIVIL AND LEGAL. I HAVE ENDURED PAIN AND SUFFERING, LOSS OF WAGES, CONSTANTLY HAVING TO BOND OUT ON CHARGES THAT ARE NO BILLED ONCE BONDED OUT ON, I AM A CITIZEN AND TAXPAYER AS WELL, AND I STRONGLY FEEL AS THOUGH I SHOULD BE COMPENSATED FOR EVERY SINGLE DAY SPENT IN THIS JAIL OF TARRANT CO. FOR EVERY SINGLE DOLLAR MY FAMILY HAS SPENT ON BONDS AND FEES. THIS IS NOT JUSTICE AND ALL PARTIES INVOLVED SHOULD BE

HELD ACCOUNTABLE, WITH ALL DO RESPECT I FEEL STRONGLY AS IF I HAVE BEEN RETALIATED ON BY THIS HONORABLE JUDGE GALLAGHER, THE PROSECUTOR IN HIS COURTROOM OVER MY CASES, AND MY ATTORNEY MR. BILL RAY, STATE BAR. NO. # 16608700 IS WORKING WITH AND FOR THEM INSTEAD OF ME.

AND WITH ALL OF THIS SAID, I ASK THAT HE, MR. BILL RAY, STATE BAR. NO. # 16608700, PLEASE BE REMOVED FROM COUNSEL OVER MY CASES, AND THAT I HAVE A CHANGE OF VENUE SO THAT I AM NOT RETALIATED ON BY ANY JUDGE OR PROSECUTOR IN TARRANT COUNTY, TEXAS, FOR EXERCIZING MY CIVIL RIGHTS, AND HOW THEY ARE AND HAVE BEEN VIOLATED.

THANK YOU KINDLY.

RESPECTFULLY SUBMITTED,

*[signature: Brad Mosley]*

Page 7 of 7

Brandt R. Mosley #0876 #086741
200?
Ft. Worth, TX 76196

Tarrant County
Federal Courthouse
501 W. 10th St. Rm 310
Fort Worth, TX 76028

NORTH TEXAS P&DC
DALLAS TX 750
THU 01 SEP 2022
AESM 3/1 01 -03:23

X-RAY

RECEIVED
SEP - 7 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS